# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE

| | |
|---|---|
| United States of America, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: HILDY BOWBEER |
| Plaintiff, | U.S. Magistrate Judge |
| | Case No: 14-CR-391-5 (RHK/FLN) |
| v. | Date: December 15, 2014 |
| | Courthouse: Saint Paul |
| Jacqueline Robinson (5), | Courtroom: Courtroom 6B |
| | Court Reporter: Digital audio recording |
| Defendant. | Time in Court: 2:18-2:21 PM |
| | Time in Court: 2:46-2:50 PM |
| | Time in Court: 0 Hours & 7 Minutes |

APPEARANCES:

Plaintiff:   Joseph H. Thompson, Assistant U.S. Attorney
Defendant:  Manny Atwal    ☒ FPD    ☐ CJA    ☐ Retained    ☒ To be appointed

Interpreter / Language:    None / English

Date Charges Filed:  **December 1, 2014**   Offense:  **Conspiracy to commit mail fraud, mail fraud**
☐ Charges read into record    ☒ Waived Reading of Charges    ☒ Advised of Rights

on   ☒ Indictment   ☐ Information   ☐ Complaint

☒ Bond set in the amount of **$25,000** with conditions, see Order Setting Conditions of Release.

☒ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

*s/ Judith M. Kirby*
Courtroom Deputy
