AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
DEC 17 2014
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Jacqueline Robinson

Defendant

Case No. CR 14-391(5) RHK/FLN

1541-1202-0229-5

RECEIVED
2014 DEC 2 AM 8 2[?]
US MARSHALS SERVICE
MPLS MN

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacqueline Robinson ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - Conspiracy to Commit Mail Fraud in violation of 18:1349, 1341, and 2; Count 5 - Mail Fraud in violation of 18:1341 and 2.

Date:   12/01/2014

*Issuing officer's signature*

City and state:   Minneapolis, MN

Janet Midtbo, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____   ARRESTED ON 12/15/14
ARRESTED BY USPIS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

SCANNED
DEC 18 2014
U.S. DISTRICT COURT MPLS

*Printed name and title*